1  SEYFARTH SHAW LLP
   Kenneth L. Wilton (SBN 126557)
2  E-mail: kwilton@seyfarth.com
   Robert B. Milligan (SBN 217348)
3  E-mail: rmilligan@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
5  Facsimile:  (310) 201-5219

6  VORYS, SATER, SEYMOUR AND PEASE LLP
   Adam C. Sherman (SBN 224979)
7  E-mail: acsherman@vorys.com
   Kent A. Britt (admitted *pro hac vice*)
8  E-mail: kabritt@vorys.com
   301 East Fourth Street
9  Suite 3500, Great American Tower
   Cincinnati, OH 45202
10 Telephone: (513) 723-4680
   Facsimile:  (513) 852-8468

11

12 Attorneys for Plaintiff/Counterclaim-Defendant
   SGII, INC., d/b/a SENEGENCE INTERNATIONAL
   and Counterclaim-Defendant
13 JONI ROGERS-KANTE

14 *[Counsel for Defendants and Counterclaimants
   Listed on the Following Page]*

15

16                     UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

18 | SGII, INC., d/b/a SENEGENCE INTERNATIONAL, | Case No. 8:19-cv-00541-JVS-KES |
19 | | **JOINT NOTICE OF SETTLEMENT** |
20 | Plaintiff, | Trial Date: December 7, 2021 |
21 | v. | |
22 | SIARA MARTIN, et al., | |
23 | Defendants | |
24 | AND RELATED COUNTERCLAIMS | |

1  HUGHLEY SMITH LAW
   Tyra Hughley Smith (SBN 259845)
2  11271 Ventura Blvd., #226
   Studio City, CA 91604
3  Telephone: (818) 527-2225
   Email: tyra@hughleysmithlaw.com
4
   CAMUTI LAW GROUP APC
5  Nathan B. Camuti (SBN 300568)
   33 Brookline
6  Aliso Biejo, CA 92656
   Telephone: (949) 716-5565
7  Facsimile: (949) 215-9598
   Email: nate@camutilaw.com
8
   Attorneys for Defendants / Counterclaim-Plaintiffs
9  SIARA MARTIN and SIARA MARTIN, LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 40-2, that all parties to this action, namely plaintiff/counterclaim-defendant SGII, Inc. d/b/a SeneGence International, defendants/counterclaim-plaintiffs, Siara Martin and Siara Martin, LLC, and counterclaim-defendant Joni Rogers-Kante (collectively, the "Parties"), have agreed to settle all of the claims in this action, which will result in the dismissal of all claims with prejudice. The Parties anticipate that they will execute a settlement agreement and file a voluntary dismissal with prejudice of the entire action within 45 days.

Accordingly, the Parties respectfully request that all proceedings be taken off calendar.

DATED: August 27, 2021     SEYFARTH SHAW LLP

By: */s/ Kenneth L. Wilton*
Kenneth L. Wilton
Attorneys for Plaintiff and Counterclaim-Defendant
SGII, INC. and Counterclaim Defendant JONI ROGERS-KANTE

DATED: August 27, 2021     HUGHLEY SMITH LAW

By: */s/ Tyra Hughley Smith*
Tyra Hughley Smith
Attorneys for Defendants and Counterclaim-Plaintiffs
SIARA MARTIN and SIARA MARTIN LLC

JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kenneth L. Wilton, hereby attest that all signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED:  August 27, 2021                    SEYFARTH SHAW LLP


By: _____*/s/ Kenneth L. Wilton*_____
         Kenneth L. Wilton
         Attorneys for Plaintiff and
         Counterclaim-Defendant
         SGII, INC. and Counterclaim
         Defendant JONI ROGERS-KANTE