1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

| SGII, INC., d/b/a SENEGENCE INTERNATIONAL, | Case No. 8:19-cv-00541-JVS-KES |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE AND CONSENT ORDER** |
| v. | |
| SIARA MARTIN, et al., | |
| Defendants | |
| AND RELATED COUNTERCLAIMS | |

The Court, having considered the Joint Stipulation to Dismiss Action and Consent Order filed by plaintiff/counterclaim-defendant SGII, Inc. ("SeneGence"), defendants/counterclaim-plaintiffs, Siara Martin and Siara Martin, LLC ("Defendants/Counterclaimants"), and counterclaim-defendant Joni Rogers-Kante ("Ms. Rogers-Kante") (singularly a "Party" and collectively the "Parties"), hereby orders as follows:

1. The Parties shall comply with the terms of their settlement agreement entered into on October 1, 2021;

2. No Party is admitting liability to any other Party with regard to the acts asserted in this case;

3. The Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement;

4. Siara Martin and Siara Martin, LLC and all those acting in concert with them shall not use any of the following in any visual display, including audiovisual or photographic digital or analog work, and shall refrain from taking, displaying, sharing, distributing, or selling any such visual displays: 1) SeneGence trademarks; 2) SeneGence color names in connection with SeneGence products/makeup; or 3) SeneGence products or makeup, except that the foregoing shall not preclude Siara Martin or the subjects of her photographs from being photographed while wearing SeneGence makeup, provided such photographs are not of the same type exemplified by the allegations in the Fourth Amended Counterclaims (*e.g*, solely of lips or eyes), and do not identify (on the photograph, in a file name, or with accompanying text) SeneGence, its products, its trademarks or its color names, and provided the photographs are not sold or licensed for compensation, or distributed, to any third party for the purpose of that third party to use the photograph in the advertising or marketing of any SeneGence product; and

/ / /

/ / /

/ / /

5. Except as provided for above, this case is dismissed, with prejudice, and each Party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 27, 2021

_____
Honorable James V. Selna